

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:05-CR-33(2)** |
| | § | |
| **GARY LYNN MALLOY** | § | |

**MEMORANDUM ORDER ADOPTING**
**FINDINGS OF FACT AND RECOMMENDATION ON MOTION TO SUPPRESS**

Pending before the Court is *Defendant's Motion to Suppress* [Clerk's doc. #112].  The Court

referred the motion to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont,

Texas, for hearing and consideration pursuant to 28 U.S.C. § 636(b)(1)(A) and the Local Rules for

the United States District Court for the Eastern District of Texas.  *See Order* [Clerk's doc. #121].

Having conducted the proceedings in the form and manner prescribed by the Federal Rules

of  Criminal Procedure, the magistrate judge issued his *Findings of Fact and Recommendation on*

*Motion to Suppress* [Clerk's doc. #157].    Judge Giblin recommended that the Court deny

*Defendant's Motion to Suppress*.

Defendant timely filed objections to the magistrate's recommendation. *See Defendant's*

*Objections to Magistrate's Findings of Fact and Recommendation on Motion to Suppress* [Clerk's

–1–

doc. #159].  In the *Objections*, Defendant specifically objects to the magistrate's conclusion (1) that the search was lawful because of the automobile exception and (2) that if probable cause justifies a warrantless search on the roadside, it is likewise justified at a police station after the vehicle is impounded.  *See Objections*.

Pursuant to Defendant's request and in accordance with 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of the magistrate's findings, the record, the relevant evidence, and applicable law in this proceeding.  After review, the Court is of the opinion that the *Findings of Fact and Recommendation* should be accepted.

Accordingly, Judge Giblin's *Findings of Fact and Recommendation on Motion to Suppress* [Clerk's doc. #157] are **ADOPTED** by the Court.  The factual findings and legal conclusions of the magistrate are therefore fully incorporated by the undersigned in support of this order.  The Court **ORDERS** that *Defendant's Motion to Suppress* [Clerk's doc. #112] is **DENIED.**

**SIGNED** this the **27** day of **December, 2005.**


_____
Thad Heartfield
United States District Judge